# United States Bankruptcy Court
## Eastern District of New York

In re  **Queens Plaza Development, LLC**

Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Queens Plaza Development, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Queens Plaza Holdings LLC**
**c/o REI LLC**
**100 Quentin Roosevelt**
**Boulevard, Suite 303**
**Garden City, NY 11530**

☐ None [*Check if applicable*]

**September 8, 2010**
Date

**/s/ Thomas A. Draghi**
**Thomas A. Draghi**
Signature of Attorney or Litigant
Counsel for  **Queens Plaza Development, LLC**
**Westerman Ball Ederer Miller & Sharfstein, LLP**
**1201 RXR Plaza**
**Uniondale, NY 11556**
**516.622.9200 Fax:516.622.9212**