UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

                                                                    Case No. 810-77035-reg

QUEENS PLAZA DEVELOPMENT, LLC,

                                                                    Chapter 11
                                  Debtor.
----------------------------------------------------------------x

                                                          ORDER

        A petition for relief having been filed by the above-captioned Debtor on September 8, 2010, it is hereby

        ORDERED, that the Debtor and its counsel appear at a status and case management conference before the undersigned on October 27, 2010 at 1:30 p.m. in Courtroom 860 of the Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, NY for the purpose of determining an appropriate schedule for the proper administration of this case and considering other related matters, motions and applications; and it is further

        ORDERED, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period; and it is further

        ORDERED, at the conference, the Court may consider and determine any motion to dismiss or convert this case to Chapter 7 or to appoint an operating trustee or examiner, whether made by the Office of the United States Trustee or any party in interest or by the Court on its own motion, and it is further

        ORDERED, that the Court may also consider dismissal of this case in the event the Debtor has failed to cure deficiencies, if any, in connection with the filing of its petition prior to the hearing date, and it is further

ORDERED, that the unexcused failure to comply with the foregoing paragraphs of this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112; and it is further

ORDERED, that the Clerk of the Court give notice of this Order to the Debtor, its counsel, the United States Trustee and all creditors and parties in interest.

Dated: Central Islip, New York
September 17, 2010

Robert E. Grossman
United States Bankruptcy Judge